NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY LAROCCO, DOC #T85761,          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-4945
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____     )

Opinion filed July 27, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Danny Larocco, pro se.


PER CURIAM.


          Affirmed.  See Snowden v. Davis, 581 So. 2d 243, 243 (Fla. 5th DCA
1991).


SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.